# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK BARKER                                                                                       PLAINTIFF

v.                                         3:19CV00006-BSM-JTK

MIKE ALLEN, et al.                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Barker filed this pro se 42 U.S.C. § 1983 action while incarcerated at the Crittenden County Detention Facility. (Doc. No. 1) By Order dated January 9, 2019, this Court directed Plaintiff to submit either the $400 filing fee or a Motion to Proceed in forma pauperis (IFP), together with an amended complaint, within thirty days. (Doc. No. 2) The Court warned Plaintiff that failure to do so would result in the dismissal of the action, without prejudice (Id.). As of this date, Plaintiff has not responded to the January 9, 2019 Order, and mail sent to him at his last-known address was returned to the Court as

undeliverable on January 24, 2019, January 28, 2019, and February 13, 2019 (Doc. Nos. 3-5).

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to the Court's Order, the Court finds that his Complaint should be dismissed without prejudice, for failure to prosecute. Accordingly,

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint be dismissed without prejudice, for failure to prosecute.

IT IS SO RECOMMENDED this 19th day of February, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE