IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK BARKER**                                                                    **PLAINTIFF**

v.                  **CASE NO. 3:19-CV-00006 BSM**

**MIKE ALLEN, et al.**                                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 6] are adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of March 2019.

                                                                 UNITED STATES DISTRICT JUDGE